surrender his Certificate of Admission and failure to file an affidavit of compliance on or before October 3, 1994.

**94–2303. Disciplinary Counsel v. McDonald.**

IT IS ORDERED by this court, *sua sponte,* that Michael J. McDonald, a.k.a. Michael Joseph McDonald, Attorney Registration No. 0022740, last known address in Miamisburg, Ohio, is found in contempt for failure to comply with this court's order of March 29, 1995, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before April 28, 1995.

**94–2652. Butler Cty. Bar Assn. v. Martin.**

IT IS ORDERED by this court, *sua sponte,* that Scott L. Martin, a.k.a. Scott Lee Martin, Attorney Registration No. 0040205, last known address in Middletown, Ohio, is found in contempt for failure to comply with this court's order of August 16, 1995, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before September 15, 1995.

**94–2655. Cuyahoga Cty. Bar Assn. v. Williamson.**

IT IS ORDERED by this court, *sua sponte,* that David A. Williamson, a.k.a. David Anthony Williamson, Attorney Registration No. 0003928, last known address in Brook Park, Ohio, is found in contempt for failure to comply with this court's order of August 23, 1995, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before September 22, 1995.

**94–2665. Columbus Bar Assn. v. Bunge.**

IT IS ORDERED by this court, *sua sponte,* that Jerry L. Bunge, a.k.a. Jerry Leigh Bunge, Attorney Registration No. 0037059, last known address in Columbus, Ohio, is found in contempt for failure to comply with this court's order of April 5, 1995, to wit, failure to surrender his Certificate of Admission, failure to surrender his attorney registration card, and failure to file an affidavit of compliance on or before May 5, 1995.

**94–2668. Cincinnati Bar Assn. v. Shabazz.**

IT IS ORDERED by this court, *sua sponte,* that Donald A. Shabazz, Attorney Registration No. 0024227, last known address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of November 8, 1995, to wit, failure to file an affidavit of compliance on or before December 8, 1995.

**95–768. Disciplinary Counsel v. James.**

IT IS ORDERED by this court, *sua sponte,* that Frank M. James, a.k.a. Frank Mortimer James, Attorney Registration No. 0030368, last known address in Houston, Texas, is found in contempt for failure to comply with this court's order of August 23, 1995, to wit, failure to surrender his Certificate of Admission and failure to file an affidavit of compliance on or before September 22, 1995.

**95–798. Cincinnati Bar Assn. v. Lange.**

IT IS ORDERED by this court, *sua sponte,* that William C. Lange, a.k.a. William Cyril Lange, Attorney Registration No. 0005162, last known address in Cincinnati, Ohio, is found in contempt for failure to comply with this court's order of August 30, 1995, to wit, failure to surrender his Certificate of Admission, failure to surrender his attorney registration card, and failure to file an affidavit of compliance on or before September 29, 1995.

**95–1843. In re Neal.**

IT IS ORDERED by this court, *sua sponte,* that Jerry A. Neal, a.k.a. Jerry Allen Neal, Jr., Attorney Registration No. 0062633, last known business address in Dublin, Ohio, is found in contempt for failure to comply with this court's order of December 28, 1995, to wit, failure to file an affidavit of compliance on or before October 30, 1995.

**95–2124. Disciplinary Counsel v. Brown.**

IT IS ORDERED by this court, *sua sponte,* that Perry Lowell Brown, Attorney Registration No. 0037877, last known address in Eaton, Ohio, is found in contempt for failure to comply with this court's order of February 28, 1996, to wit, failure to file an affidavit of compliance on or before March 29, 1996.